```
                                          FILED
                                        FEB 1 9 2015
1  Carlos C. Ruan                  CLERK, U.S. DISTRICT COURT
   California Bar No. 165711      SOUTHERN DISTRICT OF CALIFORNIA
2  551 Third Avenue               BY              DEPUTY
   Chula Vista, CA 91910
3  Telephone: (619) 498-0706
   Fax:(619) 498-0009
4
   Attorney for:  ANSELMO ACEVEDO-NAVA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CR2661-GT |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE |
| ANSELMO ACEVEDO-NAVA | |
| Defendant | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the FEBRUARY 19,2015 SENTENCING HEARING be continued to MARCH 20, 2015, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 2-19-15

Hon. GORDON THOMPSON JR.
United States District Court Judge

14CR2661-GT